IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| ANNETTE PYE, | No. CV 07-685-TUC-CKJ (HCE) |
| Plaintiff, | |
| vs. | **ORDER** |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

On February 20, 2009, Magistrate Judge Hector C. Estrada issued a Report and Recommendation [Doc. #14] in which he recommended that Defendant's Motion to Dismiss [Doc. #12] be granted. No objections have been filed within the time provided by 28 U.S.C. § 636(b)(1).

Accordingly, after an independent review, IT IS ORDERED:

1. The Report and Recommendation [Doc. #14] is ADOPTED;

2. Defendant's Motion to Dismiss [Doc. #12] is GRANTED. This matter is DISMISSED WITHOUT PREJUDICE;

3. Plaintiff's Complaint shall be construed as a request for review. Further, review of this claim shall be expedited by Defendant at the Appeals Council level; and

4. The Clerk of the Court shall enter judgment in this matter, and close its file.

DATED this 1st day of April, 2009.

_____
Cindy K. Jorgenson
United States District Judge